**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kent Dyer, et al., | ) | No. CIV 04-0408-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Jason Napier, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time for Plaintiffs to File a Responsive Memorandum to Defendants' Motion for Attorneys' Fees and Related Non-Taxable Expenses. (Dkt. 98.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Extension of Time for Plaintiffs to File a Responsive Memorandum to Defendants' Motion for Attorneys' Fees and Related Non-Taxable Expenses. (Dkt. 98.)

**IT IS FURTHER ORDERED** that Plaintiffs shall file a Responsive Memorandum to Defendants' Motion for Attorneys' Fees and Related Non-Taxable Expenses no later than December 18, 2006.

DATED this 4th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge