**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kent Dyer, et al., | ) | No. CIV 04-0408-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Jason Napier, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Defendants' Motion for Attorneys' Fees. (Dkt. 88.)

Defendants request an award of $135,303.43 in attorneys' fees and non-taxable costs pursuant to 17 U.S.C. § 505, which permits a court to award reasonable attorneys' fees and costs to a prevailing party in a copyright action. Because the Court granted summary judgment in favor of Defendants on the issue of liability for copyright (Dkt. 85), among other reasons, Defendants argue they are entitled to an award of reasonable attorneys' fees and non-taxable costs. (Dkt. 97.)

On October 23, 2006, after Defendants moved for attorneys' fees, Plaintiffs appealed this Court's Order granting summary judgment to the United States Court of Appeals for the Ninth Circuit. (Dkt. 89.) On January 16, 2007, the Ninth Circuit Mediator issued an order staying the matter pending before her until this Court renders a decision on Defendants' Motion for Attorneys Fees. (Dkt. 107.)

In light of Plaintiffs' appeal, the Court finds that it would be imprudent to resolve Defendants' pending motion pertaining to an award of reasonable attorneys' fees and related

1  non-taxable costs. Consequently, the Court will deny Defendants' Motion for Attorneys' Fees
2  (dkt. 88) without prejudice and with leave to re-file upon the Ninth Circuit's resolution of
3  Plaintiffs' pending appeal.

4      **IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE** Defendants'
5  Motion for Attorneys' Fees (dkt. 88). Defendants may re-file their Motion for Attorneys' Fees
6  upon resolution of Plaintiffs' appeal by the United States Court of Appeals for the Ninth
7  Circuit.

8      **IT IS FURTHER ORDERED** that, upon receipt of this Order, Plaintiffs' counsel shall
9  contact the Ninth Circuit Mediator. See Dkt. 107.

10      DATED this 28th day of March, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge