**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kent Dyer, et al., | ) | No. CIV 04-0408-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Jason Napier, et al., | ) | |
| Defendants. | ) | |

Based upon the Stipulation for Dismissal with Prejudice (Doc. 109) submitted by the parties, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, each side to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Defendants shall not re-file their Motion for Attorney's Fees and Costs before the United States District Court, District of Arizona, in Case No.: CV-04-0408-PHX-SMM.

DATED this 19th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge